**E-FILED on**    6/17/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD NORWOOD,<br><br>      Plaintiff,<br><br>      v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY; and LEE LYON,<br><br>      Defendant. | No. C-03-02424 RMW<br><br>ORDER DENYING REQUEST FOR PRODUCTION OF TRANSCRIPTS AT GOVERNMENT EXPENSE<br><br>**[Re Docket No. 213]** |

      After a jury trial, the court entered judgment in favor of defendants Leland Stanford Junior University and Lee Lyon on March 2, 2005. Plaintiff, who filed a notice of appeal on May 19, 2005 and appears to be proceeding *pro se* on appeal, asks this court to provide transcripts at government expense of hearings in this case. He argues that he is indigent and unable to pay the estimated cost of the transcripts ($5800.00).

      Plaintiff has not sought to proceed *in forma pauperis* in this case. Thus, 15 U.S.C. § 1915(c) is inapplicable to plaintiff's request. An indigent plaintiff may also seek transcripts at the government's expense under 28 U.S.C. § 753(f). 28 U.S.C. § 753(f) requires that the trial judge or a circuit judge certify that the appeal is "not frivolous (but presents a substantial question)" in order for an appellant to obtain a transcript of the evidence in a civil case at government expense. *King v. Carmichael*, 268 F.2d 305, 306 (6th Cir. 1959). Based on the issues presented on summary judgment and at trial, the court finds that plaintiff's appeal is

frivolous (i.e., it does not present a substantial question) and denies plaintiff's motion for transcripts at government expense.

DATED:       6/9/05                                        /s/ Ronald M. Whyte
                                                           RONALD M. WHYTE
                                                           United States District Judge

ORDER DENYING REQUEST TO PRODUCE TRANSCRIPTS AT GOVERNMENT EXPENSE—C-03-02424 RMW MAG
2

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff(s):**

Edward Norwood
35156 Lido Blvd. Unit J
Newark, CA 94560

**Counsel for Defendant(s):**

Michael A. Laurenson     mlaurenson@gordonrees.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/17/05            /s/ MAG
                               **Chambers of Judge Whyte**

ORDER DENYING REQUEST TO PRODUCE TRANSCRIPTS AT GOVERNMENT EXPENSE—C-03-02424 RMW MAG
3